IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID GARCIA AND SERGIO SEATON, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § § | CAUSE NO. 5:12-CV-00703-FB-JWP |
| v. | § § § | |
| CHAMPION GLASS, LLC, RAYMOND LUNA, DAVID A. LUNA, AND JOSEPH A. LUNA, | § § § § | COLLECTIVE ACTION |
| *Defendants*. | § | |

## JOINT ADVISORY TO THE COURT

**NOW COME** Jesus Aguilar, Jr., Johnny Alvarez, Gilbert Galvan, David Garcia, Randolph Jamison, Antonio Lopez, Jr., Jesus Ramirez, Sergio Seaton, and Thomas A. Willis (collectively "Plaintiffs"), and Champion Glass, LLC, and Joseph A. Luna (collectively "Defendants"), and in accordance with the Court's order dated November 23, 2014 (Dkt. 53), file this Joint Advisory to the Court, showing as follows:

Plaintiffs and Defendants have agreed to mediate this case on January 6, 2015, at 9:00 a.m. with Don R. Philbin, Jr., at the offices of the Rosenblatt Law Firm, located at 16719 Huebner Rd., Bldg. 1, San Antonio, Texas 78248. The persons with settlement authority for the respective parties will be present at the mediation. If no resolution is reached at the mediation, the parties request trial be set the week of April 20, 2015, or sometime thereafter. The Parties expect trial to last approximately five days.

Signed on this 15th day of December 2014.

| | |
|---|---|
| _____ | _____ |
| Lance C. Blankenship | James D. Rosenblatt |
| Jose E. Galvan | Tiffanie S. Clausewitz |
| KENNARD, BLANKENSHIP & ROBINSON, P.C. | ROSENBLATT LAW FIRM |
| 85 N.E. Loop 410, Ste. 603 | 16719 Huebner Rd., Bldg. 1 |
| San Antonio, Texas 78216 | San Antonio, Texas 78248 |
| P: (210) 314-5688 | P: (210) 562-2900 |
| F: (210) 314-5686 | F: (210) 562-2929 |
| | |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on this **15th day of December, 2014**, the foregoing Joint Advisory to the Court was filed with the court using the court's CM/ECF system and served on each respective party as follows:

> James D. Rosenblatt
> Tiffanie S. Clausewitz
> THE ROSENBLATT LAW FIRM, P.C.
> 16719 Huebner Rd., Bldg. 1
> San Antonio, Texas 78248
> Tel:  (210) 562-2900
> Fax: (210) 562-2929

_____
Lance C. Blankenship