IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID GARCIA and SERGIO SEATON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>VS.<br><br>CHAMPION GLASS, LLC, RAYMOND LUNA, DAVID A. LUNA, and JOSEPH A. LUNA,<br><br>    Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. SA-12-CA-0703-FB |

## FINAL JUDGMENT AND ORDER OF DISMISSAL

On January 26, 2015, this Court entered the Order Granting Motion for Approval of Settlement finding the Collective Action Settlement Agreement submitted by the parties to represent a fair and reasonable resolution of a *bona fide* dispute under the FLSA and approving the settlement (docket #61). The parties were ordered to submit a proposed final judgment and order of dismissal to this Court in accordance with the terms and conditions set forth in item 9 of the Collective Action Settlement Agreement. The parties filed the Proposed Final Judgment and Order of Dismissal on February 16, 2015 (docket #62).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court confirms its previous finding and approval of the Collective Action Settlement Agreement as fair, reasonable, adequate, in good faith and in the best interests of the Plaintiffs, as a whole, and having been signed by the Plaintiffs and Defendants, Plaintiffs and Defendants are ORDERED to carry out each and every provision of the Agreement in its entirety;

2. All actions, complaints, and claims against Defendants (as defined in Section 13 of the Collective Action Settlement Agreement) arising out of or related to any of the actions or events complained of in this lawsuit are DISMISSED WITH PREJUDICE;

3. The Plaintiffs are conclusively deemed to have RELEASED Defendants (as defined in Section 13 of the Collective Action Settlement Agreement) from any and all rights, claims, demands, liabilities, causes of action, liens and judgments arising out of or

in any way related to the matters set forth, or that could have been set forth, in the lawsuit in relation to the alleged claims relating to the release of the Plaintiffs; and

4. Plaintiffs are hereby BARRED AND PERMANENTLY ENJOINED from prosecuting against Defendants (as defined in Section 13 of the Collective Action Settlement Agreement) any and all of the settled and released claims which the Plaintiffs had, have, or may have in the future, arising out of, based upon, or otherwise related to any of the settled and released claims or any of the allegations asserted in this lawsuit.

5. The Court shall reserve continuing jurisdiction as set forth above.

IT IS FURTHER ORDERED that this case is now CLOSED. Motions pending, if any, are DENIED AS MOOT.

It is so ORDERED.

SIGNED this 18th day of February, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE